IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VIRGINIA L. SHOWERS, | : | CIVIL ACTION NO. 1:13-CV-1146 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| ENDOSCOPY CENTER OF CENTRAL PENNSYLVANIA, LLC *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 7th day of November, 2014, upon consideration of the motion (Doc. 15) for summary judgment by defendants Endoscopy Center of Central Pennsylvania, LLC and Gastroenterology Associates of Central Pennsylvania, P.C., and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Defendants' motion (Doc. 15) is GRANTED.

2. Judgment is ENTERED in favor of defendants and against plaintiff on all counts in the complaint (Doc. 1).

3. The Clerk of Court is directed to CLOSE this case.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Judge
Middle District of Pennsylvania